UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW HOLLAND, PERRY HOGAN, on their own and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ASCENDTEK, LLC d/b/a Sky Telecom, HAWKEYE TOWERS, LLC, and CHRISTOPHER FUTCH, individually,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:21-CV-4133-SEG |

**O R D E R**

This matter is before the Court on the parties' amended joint motion for stipulated judgment approving their settlement agreement. (Doc. 134.) The agreement purports to settle Plaintiffs' claims pursuant to the Fair Labor Standards Act ("FLSA"). Judicial review and approval of FLSA settlements is necessary to give settlements final and binding effect. *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). A district court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Id.*

The Court has reviewed the parties' written settlement agreement to determine its adequacy and consistency with the requirements of the FLSA.

Based on a review of the settlement agreement and the record in this case, the Court concludes: (1) the terms of the settlement agreement were reached in an adversarial context with the assistance of legal counsel; (2) the terms of the settlement agreement are fair and reasonable and represent an adequate resolution of this action; and (3) the attorney's fees including the rates charged by counsel are reasonable.

The amended joint motion for stipulated judgment is GRANTED. It is ORDERED that the settlement agreement is APPROVED and incorporated herein. The payment of the consideration referenced in the settlement agreement shall be made as provided in the settlement agreement. This case is DISMISSED WITH PREJUDICE. Except as otherwise stated in the settlement agreement, the parties shall bear their own costs and attorney's fees associated with this action.

**SO ORDERED** this 3rd day of March, 2023.

_____
SARAH E. GERAGHTY
United States District Judge